IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The Mortgage Company, Inc.,<br><br>                                              Plaintiff,<br><br>vs.<br><br>Certain Underwriters at Lloyd's London Subscribing to Policy Number SUA 13730-1602 and Bond Number SUA 5838-1602,<br><br>                                              Defendant. | Case No. 3:18-cv-00179 |

## ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶ 1]   THIS MATTER comes before the Court upon a Stipulation of Dismissal with Prejudice filed on October 20, 2020. See Doc. No. 68. The Parties have stipulated to the dismiss this case with prejudice and without costs or disbursements to any party. Id.

[¶ 2]   Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that this case is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own costs.

[¶ 3]   **IT IS SO ORDERED.**

DATED October 21, 2020.

_____
Daniel M. Traynor, District Judge
United States District Court